| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>STRAUB, CHESTER J. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report<br><br>5/09/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>CIRCUIT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>500 PEARL STREET<br>NEW YORK, NY 10007 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | $6,470.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 5/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 5/09/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. **FIDELITY INVESTMENTS** | | | | | | | | | |
| 2. BERKSHIRE HATHAWAY INC. CLASS B | | None | M | T | | | | | |
| 3. HEWLETT PACKARD COMMON | B | Dividend | M | T | | | | | |
| 4. ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 5. HEALTH CARE PPTY INVS INC COMMON | C | Dividend | L | T | | | | | |
| 6. GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMON | A | Dividend | K | T | | | | | |
| 7. IBM COMMON | D | Dividend | N | T | | | | | |
| 8. GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 9. LOCKEED MARTIN COMMON | A | Dividend | K | T | | | | | |
| 10. EXXON COMMON | A | Dividend | K | T | | | | | |
| 11. COMMONWEALTH REIT COMMON (FORMERLY HRPT PROPERTIES TRUST) | A | Dividend | J | T | | | | | |
| 12. COHEN & STEERS REALTY SHARES | B | Dividend | K | T | Buy (add'l) | 03/28/13 | J | | |
| 13. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 14. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 15. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 16. FIDELITY MUNICIPAL MONEY MARKET | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 5/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. NEW YORK NY GO BDS SUBERIES 5% BOND | C | Interest | M | T | | | | | |
| 18. METROPOLITAN TRANSN AUTH NY 5.5% BOND | C | Interest | L | T | | | | | |
| 19. FORTESCUE METALS GROUP LTD COMMON | A | Dividend | J | T | | | | | |
| 20. GOLDMAN SACHS GROUP INC COMMON | A | Dividend | L | T | | | | | |
| 21. WALMART STORES INC COMMON | A | Dividend | K | T | | | | | |
| 22. FIDELITY MUNI MM | A | Interest | N | T | | | | | |
| 23. TEMPLETON GLOBAL BOND ADVISOR FUND | B | Dividend | | | Buy (add'l) | 01/17/13 | J | | |
| 24. | | | | | Buy (add'l) | 02/20/13 | J | | |
| 25. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 26. | | | | | Buy (add'l) | 04/17/13 | J | | |
| 27. | | | | | Buy (add'l) | 05/17/13 | J | | |
| 28. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 29. | | | | | Buy (add'l) | 07/17/13 | J | | |
| 30. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 31. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 32. | | | | | Sold | 09/25/13 | L | A | |
| 33. SPDR S&P MIDCAP 400 ETF FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 5/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. FIDELITY CONTRAFUND | C | Dividend | K | T | Buy (add'l) | 02/08/13 | J | | |
| 35. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 36. FIDELITY LOW PRICED STOCK FUND | D | Dividend | M | T | Buy (add'l) | 09/06/13 | J | | |
| 37. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 38. BARRON GROWTH FUND INSTL CLASS | B | Dividend | L | T | Buy (add'l) | 07/09/13 | J | | |
| 39. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 40. BLACKROCK EQUITY DIV FUND | B | Dividend | M | T | Buy (add'l) | 04/18/13 | J | | |
| 41. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 42. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 43. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 44. ROYCE TOTAL RETURN FUND | C | Dividend | L | T | Buy (add'l) | 03/07/13 | J | | |
| 45. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 46. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 47. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 48. TWEEDY BROWNE GLOBAL VALUE FUND | B | Dividend | K | T | Buy (add'l) | 12/27/13 | J | | |
| 49. VANGUARD LIMITED TERM TAX EXEMPT ADMIRAL FUND | B | Interest | J | T | Buy (add'l) | 01/31/13 | J | | |
| 50. | | | | | Buy (add'l) | 02/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 5/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 52. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 53. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 54. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 55. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 56. | | | | | Sold (part) | 08/19/13 | M | A | |
| 57. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 58. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 59. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 60. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 61. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 62. BBH CORE SELECT FUND | B | Dividend | L | T | Buy (add'l) | 12/13/13 | J | | |
| 63. **CITIBANK ACCOUNTS** | | | | | | | | | |
| 64. CHECKING | | None | K | T | | | | | |
| 65. **FIDELITY IRA ROLLOVER** | | | | | | | | | |
| 66. MARSH & MCLENNAN COMMON | A | Dividend | K | T | | | | | |
| 67. FIDELITY CASH RESERVES | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 5/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. S&P MID CAP 400 DEP RCPTS MID CAP SPDRS | B | Dividend | M | T | | | | | |
| 69. TWEEDY BROWNE GLOBAL VALUE FUND | D | Dividend | M | T | Buy (add'l) | 12/27/13 | J | | |
| 70. BARON GROWTH FUND | B | Dividend | K | T | Buy (add'l) | 07/09/13 | J | | |
| 71. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 72. BLACKROCK GLOBAL ALLOC FUND | E | Dividend | O | T | Sold (part) | 01/22/13 | M | B | |
| 73. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 74. | | | | | Buy (add'l) | 12/18/13 | K | | |
| 75. ROYCE TOTAL RETURN FUND | D | Dividend | L | T | Buy (add'l) | 03/07/13 | J | | |
| 76. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 77. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 78. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 79. GOOGLE COMMON | | None | L | T | | | | | |
| 80. FIDELITY CONTRAFUND | D | Dividend | M | T | Buy (add'l) | 02/08/13 | J | | |
| 81. | | | | | Sold (part) | 03/20/13 | J | A | |
| 82. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 83. IVY ASSET STRATEGY FUND | C | Dividend | O | T | Sold (part) | 01/22/13 | M | E | |
| 84. | | | | | Buy (add'l) | 12/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 5/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. TEMPLETON GLOBAL BOND ADVISOR FUND | D | Dividend | | | Buy (add'l) | 01/17/13 | J | | |
| 86. | | | | | Buy (add'l) | 01/22/13 | M | | |
| 87. | | | | | Buy (add'l) | 02/20/13 | J | | |
| 88. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 89. | | | | | Buy (add'l) | 04/17/13 | J | | |
| 90. | | | | | Buy (add'l) | 05/17/13 | J | | |
| 91. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 92. | | | | | Buy (add'l) | 07/17/13 | J | | |
| 93. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 94. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 95. | | | | | Sold | 09/25/13 | N | A | |
| 96. BERKSHIRE HATHAWAY INC COMMON | | None | M | T | | | | | |
| 97. INTEL CORP COMMON | A | Dividend | K | T | | | | | |
| 98. JP MORGAN CHASE & CO COMMON | C | Dividend | M | T | | | | | |
| 99. MATTHEWS CHINA FUND | C | Dividend | K | T | Buy (add'l) | 12/12/13 | J | | |
| 100. PIMCO TOTAL RETURN INSTL FUND | D | Dividend | | | Buy (add'l) | 01/22/13 | M | | |
| 101. | | | | | Buy (add'l) | 01/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 5/09/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 103. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 104. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 105. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 106. | | | | | Sold | 06/13/13 | N | A | |
| 107. MORGAN STANLEY GLOBAL LONG/ SHORT FUND | E | Dividend | N | T | Buy (add'l) | 12/20/13 | K | | |
| 108. APPLE INC COMMON | B | Dividend | L | T | | | | | |
| 109. BANK OF AMERICA COMMON | A | Dividend | K | T | | | | | |
| 110. CANON INC ADR | A | Dividend | J | T | | | | | |
| 111. COMPAGNIE FINANCIERE RICHEMONT ADR | A | Dividend | J | T | | | | | |
| 112. WALT DISNEY CO COMMON | | None | J | T | | | | | |
| 113. SCHLUMNBERGER LIMITED COMMON | A | Dividend | J | T | | | | | |
| 114. SIEMENS AG ADR | A | Dividend | J | T | | | | | |
| 115. BLACKROCK EQUITY DIVIDEND FUND | B | Dividend | M | T | Buy (add'l) | 04/18/13 | J | | |
| 116. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 117. | | | | | Buy (add'l) | 10/18/13 | J | | |
| 118. | | | | | Buy (add'l) | 12/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 5/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. NOVO NORDISK ADR COMMON | A | Dividend | K | T | | | | | |
| 120. HERZFELD CARIBBEAN BASIN FUND INC | | None | K | T | | | | | |
| 121. BBH CORE SELECT FUND CL N | C | Dividend | M | T | Buy (add'l) | 12/13/13 | J | | |
| 122. JPMORGAN LARGE CAP GROWTH SELECT FUND | | None | | | Buy (add'l) | 01/02/13 | J | | |
| 123. | | | | | Sold | 03/11/13 | M | E | |
| 124. CEMPRA INC COMMON | | None | J | T | Buy | 12/04/13 | J | | |
| 125. SPDR S&P 500 ETF TRUST | C | Dividend | M | T | Buy | 03/11/13 | M | | |
| 126. FIDELITY SPARTAN TOTAL MKT INDEX FD | C | Dividend | N | T | Buy | 06/13/13 | N | | |
| 127. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 128. **FIDELITY IRA** | | | | | | | | | |
| 129. FIDELITY CASH RESERVES | | None | J | T | | | | | |
| 130. FIDELITY CONTRAFUND | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |
| 131. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 132. **FIDELITY IRA** | | | | | | | | | |
| 133. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 134. TWEEDY BROWNE GLOBAL VALUE FUND | B | Dividend | K | T | Buy (add'l) | 12/27/13 | J | | |
| 135. BARON GROWTH FUND | A | Dividend | K | T | Buy (add'l) | 07/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 5/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 137. FIDELITY CONTRAFUND | A | Dividend | J | T | Buy (add'l) | 12/13/13 | J | | |
| 138. BANK OF AMERICA CORP COMMON | A | Dividend | L | T | | | | | |
| 139. **MORGAN STANLEY SB IRA** | | | | | | | | | |
| 140. MILWAUKEE WIS PROM NTS 4.1% | A | Interest | | | Redeemed | 07/23/13 | K | A | |
| 141. TIMPANOGOS SPL SVC DIST UTAH 4.69% | A | Interest | | | Redeemed | 07/23/13 | K | B | |
| 142. FLORIDA ST BRD ED LOTTERY REV 4.941% | B | Interest | | | Redeemed | 07/23/13 | K | B | |
| 143. VERMONT ST SER A-2 4.0% | A | Interest | | | Redeemed | 08/28/13 | K | B | |
| 144. BRAZORIA CNTY TEX SER B 4.594% | A | Interest | | | Redeemed | 07/23/13 | K | B | |
| 145. HAMILTON MICH CMNTY SCHS DIST 5.0% | A | Interest | | | Redeemed | 08/28/13 | K | A | |
| 146. WISCONSIN ST CLEAN WTR REV SER 4.391% | A | Interest | | | Redeemed | 07/23/13 | K | B | |
| 147. NEW YORK ST ENVIRONMENTAL FACS 4.469% | A | Interest | | | Redeemed | 07/23/13 | K | B | |
| 148. SAN LUIS OBISPO CNTY CALIF 7.45% | B | Interest | | | Redeemed | 07/23/13 | K | B | |
| 149. OHIO STATE 5.331% | A | Interest | | | Redeemed | 03/08/13 | K | D | |
| 150. NEW YORK NY FOR PRIOR ISSUES BOND 4.899% | A | Interest | | | Redeemed | 07/23/13 | K | B | |
| 151. TACOMA WASH TAXABLE 4.241% | A | Interest | | | Redeemed | 08/28/13 | J | A | |
| 152. IOWA FIN AUTH REV 3.93% | A | Interest | | | Redeemed | 07/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 5/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. TRIBOROUGH BRIDGE & TUNNEL AUTHORITY NY BOND 5.15% | B | Interest | | | Redeemed | 08/28/13 | K | A | |
| 154. MORGAN STANLEY LIQUID ASSET MM FUND | A | Interest | | | Closed | 09/16/13 | N | | |
| 155. DISTRICT OF COLUMBIA INC TAX REV BLD BOND | A | Interest | | | Buy | 03/21/13 | K | | |
| 156. | | | | | Redeemed | 07/23/13 | K | A | |
| 157. **MORGAN STANLEY** | | | | | | | | | |
| 158. MORGAN STANLEY US GOVT MM TRUST | A | Interest | J | T | | | | | |
| 159. SOUTH CAROLINA ST PUB AUTH 4.0% | A | Interest | K | T | | | | | |
| 160. CHATTANOOGA TENN ELEC REV 5.0% | A | Interest | K | T | | | | | |
| 161. NEW YORK NY SER A-1 5.0% | A | Interest | K | T | | | | | |
| 162. HUNTSVILLE ALA RFDG & CAP SER A 4.0% | A | Interest | K | T | | | | | |
| 163. NORTH TEX MUN WTR DIST TEX 5.0% | A | Interest | | | Redeemed | 07/16/13 | K | A | |
| 164. JEA FLA WTR & SWR SYS REV SER A 5.0% | A | Interest | | | Redeemed | 07/16/13 | K | A | |
| 165. MIAMI-DADE CNTY FLA TRAN SYS SER A 5.0% | A | Interest | K | T | | | | | |
| 166. FORT BEND TEX FLOOD CTL WTR SUPPLY 4.0% | A | Interest | | | Redeemed | 07/18/13 | K | A | |
| 167. COLUMBIA CNTY GA WTR & SEW REV 5.0% | A | Interest | | | Redeemed | 07/11/13 | K | A | |
| 168. SCOTTSDALE ARIZ MUN PPTY CORP 5.0% | B | Interest | | | Redeemed | 07/11/13 | K | A | |
| 169. CALIFORNIA ST DEPT WTR RES PWR SER L 5.0% | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. PENNSYLVANIA ST HIGHER EDL 5% | B | Interest | | | Redeemed | 07/11/13 | K | B | |
| 171. SEATTLE WASH MUN LT & PWR 5% | B | Interest | | | Redeemed | 07/11/13 | L | B | |
| 172. NY ST DORM AUTH ST PERS 5% | B | Interest | K | T | | | | | |
| 173. NY ST ENVIRONMENTAL FACS CORP 4% | A | Interest | | | Redeemed | 07/11/13 | K | B | |
| 174. FLORIDA ST BRD ED CAP 5% | A | Interest | | | Redeemed | 07/10/13 | K | B | |
| 175. OREGON ST DEPT ADMINISTRATIVE SERVICES 5% | B | Interest | K | T | | | | | |
| 176. IOWA ST SPL OBLIG SER A 5% | B | Interest | | | Redeemed | 08/14/13 | L | B | |
| 177. LUBBOCK TEX OBLIG WATERWORKS 5% | B | Interest | K | T | | | | | |
| 178. PALM BEACH COUNTY FLA PUB BOND | A | Interest | | | Redeemed | 07/18/13 | K | A | |
| 179. SEATTLE WASHINGTON MUN LT & PWR REV BOND | | None | K | T | Buy | 08/22/13 | K | | |
| 180. GEORGIA ST GENL OBLIG BOND | | None | K | T | Buy | 11/01/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII LINE 22 - CORRECTED SPELLING OF MONEY MARKET FUND

PART VII LINE 110 - CORRECTED SPELLING OF INVESTMENT

PART VII LINE 138 - ALL ASSETS IN THIS MORGAN STANLEY IRA ACCOUNT WERE SOLD AND THE BALANCE OF THE CASH IN THE MORGAN STANLEY LIQUID ASSET MONEY MARKET FUND WAS TRANSFERRED TO AN EXISTING FIDELITY IRA ACCOUNT.

PART VII LINE 157 - NAME CHANGE OF INVESTMENT FIRM

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHESTER J. STRAUB**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544